IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01417-MSK-CBS

DONOVAN EDWARD EASTMAN,
    Applicant,
v.

J. M. WILNER, Warden,
    Respondents.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court regarding the return of two mailings to Applicant Eastman as undeliverable.  (*See* docs. # 7 and # 9).  On or about June 17, 2009, Mr. Eastman filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") (doc. # 1).  After preliminary determination of the timeliness of the Petition pursuant to 28 U.S.C. § 2244(d) and exhaustion of state court remedies pursuant to 28 U.S.C. § 2254(b)(1)(A), on July 22, 2009, the court ordered the Petition drawn to a District Judge and a Magistrate Judge.  (*See* docs. # 2 through # 5).  Pursuant to the Order of Reference dated July 22, 2009 (doc. # 8), this civil action was referred to the Magistrate Judge to "issue a Report and Recommendation as to the disposition of the merits of the Petition."  On July 22, 2009 and July 23, 2009, mailings to Mr. Eastman were returned in the mail as undeliverable.  (*See* docs. # 7 and # 9).  The court has determined, upon independent research, that Mr. Eastman is currently incarcerated at the United States Penitentiary in Atlanta, Georgia ("USP Atlanta").

    Accordingly, **IT IS ORDERED that the Clerk of the Court shall re-mail copies**

**of docs. # 5, # 6, and # 8 to Donovan Edward Eastman, Reg. No. 31750-013 at USP Atlanta, U.S. Penitentiary, P.O. Box 150160, Atlanta, GA 30315**.

Dated at Denver, Colorado this 23rd day of July, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge